# United States District Court
# For The Western District of North Carolina
# Asheville Division

Malik El Jihad Talib Adib,

    Plaintiff(s),                                         JUDGMENT IN A CIVIL CASE

vs.                                                               1:05cv84

Bruce Pittman, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motions and a decision having been rendered in favor of the plaintiff on his cmplaint against defendants Pittman, McGee and Carpening;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2005 Order.

                                                                        FRANK G. JOHNS, CLERK

September 19, 2005

                                                  BY:  S/Joan Gosnell

                                                                        Joan Gosnell, Deputy Clerk